UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ALEXEY LEONICHEV,

                      Plaintiff,

      - against -

ALEXANDER ROBERT KNOLL, *et al.*,

                      Defendants.
-------------------------------------------------------------x

**ORDER**

No. 25-CV-4959 (CS)

Seibel, J.

On September 3, 2025, the Court sanctioned Plaintiff for failing to comply with the Court's Order dated July 31, 2025, (ECF No. 55), which directed him not to make any further submissions regarding any of the issues presented in his previous submissions, including: jury trial, the assignment of the undersigned or the designation of Magistrate Judge Krause; the certificates of default; the law office of Manson & McCarthy; Frank Spano's authority to appear as counsel; the authenticity of orders on the docket; and accusations of criminal conduct, (*id.* at 2; *see* ECF No. 57 at 2-3.) Plaintiff was ordered to pay a monetary penalty of $50 to the Clerk of Court and was warned that if he continued to violate my orders, he could expect harsher sanctions to be imposed in the future. (ECF No. 57 at 2-3.)

Plaintiff has again violated my Order through his submissions at ECF Nos. 58, 59, 60, 61, and 62. The Court is aware, however, that ECF Nos. 58, 59, and 60 were intended to be one submission, as Plaintiff sent them together in one email to the *Pro Se* inbox. Additionally, Plaintiff submitted this filing before my Order warning Plaintiff that if he continued to violate my orders, he could expect harsher sanctions, (ECF No. 57), was docketed. Nevertheless, this filing is still in violation of my Order at ECF No. 55. Accordingly, Plaintiff is ORDERED to pay a monetary penalty of $50 to the Clerk of Court for this violation by September 24, 2025.

Plaintiff also violated my Order through his submissions at ECF Nos. 61 and 62. These submissions were made separately and came after my Order containing the September 3, 2025 warning about harsher sanctions, (ECF No. 57). Accordingly, for each of these violations, Plaintiff is ORDERED to pay a monetary penalty of $100 to the Clerk of Court by September 24, 2025. Plaintiff is reminded that he must also make the payments ordered in ECF No. 57 to the Clerk ($50) and to Defendants' counsel ($100) by September 17, 2025. (ECF No. 57 at 1-3.)

Plaintiff is warned that if he continues to violate my Order by raising the same issues, his case may be dismissed. *See* Fed. R. Civ. P. 41(b) (authorizing involuntary dismissal if plaintiff fails to comply with court order); *Lucas v. Miles*, 84 F.3d 532, 534-35 (2d Cir. 1996) (explaining 41(b) permits district court to dismiss action when plaintiff fails to comply with any court order and setting forth factors court must consider before dismissing, including whether plaintiff was on notice that failure to comply would result in dismissal); *Carmona v. Wright*, 233 F.R.D. 270, 277 (N.D.N.Y. 2006) (issuing final warning to *pro se* plaintiff that action will be dismissed if he fails to comply with court order due to his flagrant, intentional and willful failure to obey prior court orders).

**SO ORDERED.**

Dated: September 10, 2025
      White Plains, New York

                                                CATHY SEIBEL, U.S.D.J.